NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATHRYN W. MILLIKEN and ROBERT )
B. MILLIKEN, )
)
       Appellant, )
)
v. )      Case No. 2D17-2079
)
DITECH FINANCIAL LLC f/k/a GREEN )
TREE SERVICING LLC AS )
SUCCESSOR BY MERGER, )
)
       Appellee. )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Mark P. Stopa of Stopa Law Firm, Tampa,
for Appellants.

Loretta Comiskey O'Keeffe and Victor H.
Veschio of Gibbons/Neuman, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

NORTHCUTT and VILLANTI, JJ., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.